**Electronically Filed
Supreme Court
SCWC-17-0000807
06-MAY-2019
01:12 PM**

SCWC-17-0000807

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE CERTIFICATE HOLDERS OF NOMURA HOME EQUITY
LOAN, IN ASSET-BACKED CERTIFICATES, SERIES 2006-FM-2,
Respondent/Plaintiff-Appellee,

vs.

MARK MARCANTONIO, and GWEN MARCANTONIO,
Petitioners/Defendants/Cross-Claim Defendants-Appellants,

and

ALINA NAULT,
Petitioner/Defendant-Appellant,

and

MC&A, INC.,
Respondent/Defendant/Cross-Claim Plaintiff-Appellee,

and

STATE OF HAWAIʻI, HAWAIʻI HEALTH SYSTEMS CORPORATION,
dba MAUI MEMORIAL MEDICAL CENTER, and DIRECTOR OF
DEPARTMENT OF TAXATION, STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000807; CIV. NO. 13-1-0718(3))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Mark Marcantonio, Gwen Marcantonio, and Alina Nault's application for writ of certiorari filed on March 25, 2019, is hereby accepted, and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, May 6, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

